◼ ALBERT SCHWARTZBERG et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 67330.) — Appeal from an order of the Court of Claims (Koreman, P. J.), entered May 23, 1983, which denied the State's motion to dismiss the claim. Order affirmed, without costs, on the opinion of Presiding Judge Harold E. Koreman of the Court of Claims. Mahoney, P. J., Sweeney, Main, Mikoll and Yesawich, Jr., JJ., concur.